**Hollis Laidlaw & Simon**

Attorneys at Law

Hollis Laidlaw & Simon P.C.
55 Smith Avenue
Mount Kisco, NY 10549
(914) 666-5600
Fax (914) 666-6267
hollislaidlaw.com


ORIGINAL

## MEMO ENDORSED

April 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/21

**Via ECF**

Hon. Louis L. Stanton
United States District Court
500 Pearl Street, Room 2250
New York, NY 10007-1312

Re: **Hectronic GmbH and Hectronic AG v. Hectronic USA Corp., et al.
Case No. 20-CV-2964 (LLS)**

Dear Judge Stanton:

Our firm represents the defendants in the above referenced action.

I write to respectfully request that the Rule 16(b) conference scheduled to be held on May 14, 2021 be adjourned because I will be out of state attending my daughter's graduation from college on that date and I am presently the only attorney in my firm who is familiar with this action.

Pursuant to Your Honor's Individual Practices:

(i) The original date of the conference is May 14, 2021;
(ii) No previous requests for adjournment or extension have been made;
(iii) No previous requests for adjournment or extension were granted or denied;
(iv) Plaintiffs' counsel has graciously consented to the adjournment.

Counsel for all parties are available on May 18 and May 21.

Thank you for your kind consideration of the above request.

Sincerely,

David Simon

*Adjourned to Friday May 21, 2021 at 3 pm o'clock.
So Ordered.
Louis L. Stanton
4/22/21*

cc: A. Safer, Esq. (asafer@goulstonstorrs.com)
M. LiPuma, Esq. (mlipuma@lipumalaw.com)

Westchester | New York City | Long Island | Rockland