ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTRONIC GmbH and HECTRONIC AG,

                Plaintiffs,

- against -

HECTRONIC USA CORP., PURE PARKING TECHNOLOGIEES LLC, POWER DOOR PRODUCTS, INC., KAREN CARDILLO and PAUL CARDILLO,

                Defendants.

20 Civ. 2964 (LLS)

ORDER

    It having been reported to the Court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the Court's calendar.

    So ordered.

Dated:    New York, New York
            September 15, 2021

                              *Louis L. Stanton*
                              LOUIS L. STANTON
                                  U.S.D.J.